CATHERINE WAINMAN, Respondent, v. ROY A. SCHNEIDER, Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of *Cole* v. *Fall Brook Coal Co.* (159 N. Y. 59, 66); *Cross* v. *City of Syracuse* (200 id. 393).

Before STATE INDUSTRIAL BOARD, Respondent. ANGELINA ZANELLI, Respondent, v. HARBOR EQUIPMENT CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. EDMUND A. BERNARD, Respondent, v. E. A. & E. BERNARD and Another, Appellants.— Motion granted, with ten dollars costs, unless within sixty days the appellants perfect their appeal and pay said costs, in which event motion is denied.

CLARENCE BABCOCK, Respondent, v. RUTLAND RAILROAD COMPANY, Appellant.— Case put over the term without conditions.

WILLIAM BROGAN and Another, Individually and as Executors, etc., of PETER BROGAN, Deceased, Respondents, v. MARY BROGAN, Appellant.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. PATRICK BRESLIN, Respondent, v. WILLIAM SPENCER & SON CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

BURLINGTON GROCERY COMPANY, Respondent, v. H. T. SANDERS, Appellant.— Order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. ANONTE COSIMO, Respondent, v. CAROLYN LAUNDRY, INC., and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, without costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MARY L. DAVIS, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Motion denied.

SAMUEL FUCHS, Respondent, v. ANNIE KREBS and Others, Appellants.— Motion granted, with ten dollars costs, unless the appellants, within twenty days, perfect the appeal and pay said costs, in which event motion is denied.

Before STATE INDUSTRIAL BOARD, Respondent. J. M. FITZPATRICK, Respondent, v. POSTAL RESTAURANT Co., INC., and Another, Appellants.— Motion denied, with ten dollars costs in favor of the claimant against the appellants.

THE FIRST NATIONAL BANK OF MARLBOROUGH, Respondent, v. TUCKER & STRONG, INC., and Others, Defendants, Impleaded with EDWARD M. JAMES, as General Assignee of TUCKER & STRONG, INC., for the Benefit of Creditors, Appellant.— Judgment and order unanimously affirmed, with costs.

JULIENNE HESNER, Respondent, v. JOHN E. HESNER, Appellant.— Order reversed on the law, and motion denied, without costs, on the ground that plaintiff, being the owner of substantial property, the court was without power to grant the order, under the authority of *Lake* v. *Lake* (194 N. Y. 179); *Collins* v. *Collins* (80 id. 1); *Fleischer* v. *Fleischer* (174 App. Div. 918); *Brand* v. *Brand* (178 id. 822). All concur.

FREDERICK W. KOOKOGEY, Respondent, v. CHARLES A. O'HARA, Appellant, Impleaded with Others.— Order unanimously affirmed, with ten dollars costs and disbursements.